JUDGE CROTTY

**07 CV 3032**

2-751162
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------X
ZIM AMERICAN INTEGRATED
SHIPPING SERVICES, INC.,

                Plaintiff,

    - against -

D & F HOLDINGS, d/b/a DFHU
WORLDWIDE SHIPPING,

           Defendant.
----------------------------------------------------X

CIVIL COMPLAINT
IN ADMIRALTY



APR 16 2007

U.S.D.C. S.D. N.Y.
CASHIERS

      Plaintiff ZIM AMERICAN INTEGRATED SHIPPING SERVICES, INC., by its attorneys, LAW OFFICES OF ALBERT J. AVALLONE & ASSOCIATES, as and for its Complaint against defendant D & F HOLDINGS, d/b/a DFHU WORLDWIDE SHIPPING in personam, in a cause of action civil and maritime, alleges upon information and belief:

      1. This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure, the Ocean Shipping Reform Act of 1999, 46 U.S.C., App. Section 1701, et seq., and Paragraph 24 of the Bill of Lading.

      2. At all times hereinafter mentioned, plaintiff ZIM INTEGRATED SHIPPING SERVICES, INC. was and still is a corporation duly organized and existing under the laws of the State of Delaware with offices and a place of business at 5801 Lake Wright Drive, Norfolk, VA 23502.

      3. Upon information and belief and at all times hereinafter mentioned, defendant had and now has the legal status and place of business as set forth in Schedule A.

      4. On or about the dates and at the ports of shipment stated in Schedule A, certain goods were delivered to plaintiff to be carried to the ports of destination and at the agreed charges to be paid by defendant pursuant to plaintiff's public tariff.

5. Thereafter, the said goods were transported to the ports of destination and delivered to the consignee and/or its agents.

6. Plaintiff has duly performed all duties and obligations required to be performed by plaintiff.

7. Defendant has failed and refused and continues to fail and to refuse to remit the $33,839.00 due, although duly demanded.

8. By reason of the foregoing, plaintiff has sustained damages in the amount of $33,839.00 which, although duly demanded, have not been paid.

WHEREFORE, plaintiff prays:

1. For judgment in the amount of plaintiff's damages, together with interest thereon from the respective dates due, costs, disbursements, and a reasonable attorney's fee.

2. That process in due form of law according to the practice of this Court in cases of admiralty and maritime jurisdiction may issue against the defendant citing it to appear and answer all the singular matters aforesaid.

3. That plaintiff have such other and further relief in the premises as in law and justice it may be entitled to receive.

Dated: New York, New York
     April 10, 2007

LAW OFFICES OF
ALBERT J. AVALLONE & ASSOCIATES

By_____
    Albert J. Avallone - AA1679
    Attorneys for Plaintiff
    ZIM AMERICAN INTEGRATED
     SHIPPING SERVICES, INC.
    551 Fifth Avenue, Suite 1625
    New York, NY 10176
    (212) 696-1760

SCHEDULE A

I. Defendant's status & address:

A. Upon information and belief and at all times hereinafter mentioned, defendant D & F HOLDINGS, d/b/a DFHU WORLDWIDE SHIPPING was and still is a corporation organized and existing under the laws of the State of Nevada, with offices and a place of business at 12510 Crenshaw Blvd., Hawthorne, CA 90250.

II. Particulars:

1. Bill of Lading No. ZIMULAX118744, dated October 26, 2006, from Los Angeles to Tincan Island via Houston on the Vessel GENOA EXPRESS, one (1) forty-foot Hi-Cube SAID TO CONTAIN: 2 CARS, et al., at the applicable tariff and/or Service Contract rate of $5,269.00 (Exhibit A).
Amount Paid: $0                    Amount Due: $5,269.00

2. Bill of Lading No. ZIMULAX118959, dated November 8, 2006, from Los Angeles to Tincan Island via Houston on the Vessel BARCELONA EXPRESS, one (1) forty-foot Hi-Cube SAID TO CONTAIN: CARS, et al., at the applicable tariff and/or Service Contract rate of $5,669.00 (Exhibit B).
Amount Paid: $0                    Amount Due: $5,669.00

3. Bill of Lading No. ZIMULAX119006, dated November 14, 2006, from Los Angeles to Tincan Island via Houston on the Vessel MADRID EXPRESS, one (1) forty-foot Hi-Cube SAID TO CONTAIN: CARS, at the applicable tariff and/or Service Contract rate of $5,669.00 (Exhibit C).
Amount Paid: $0                    Amount Due: $5,669.00

4. Bill of Lading No. ZIMULAX119009, dated November 14, 2006, from Los Angeles to Tincan Island via Houston , one (1) forty-foot Hi-Cube SAID TO CONTAIN: CARS, et al., at the applicable tariff and/or Service Contract rate of $5,669.00 (Exhibit D).

Amount Paid: $0                    Amount Due: $5,669.00

5. Bill of Lading No. ZIMULAX119506, dated January 2, 2007, from Los Angeles to Tincan Island via Houston on the Vessel MADRID EXPRESS, one (1) forty-foot container SAID TO CONTAIN: CARS, et al., at the applicable tariff and/or Service Contract rate of S5,669.00 (Exhibit E).

Amount Paid: $0                    Amount Due: $5,669.00

6. Bill of Lading No. ZIMULAX119862, dated January 8, 2007, from Los Angeles to Tincan Island via Houston on the Vessel ROME EXPRESS, one (1) forty-foot Hi-Cube SAID TO CONTAIN: CARS, et al., at the applicable tariff and/or Service Contract rate of $5,894.00 (Exhibit F).

Amount Paid: $0                    Amount Due: $5,894.00

III. Total Amount Due: $33,839.00

# BILL OF LADING

ZIM INTEGRATED SHIPPING SERVICES LTD.    ZIM CONTAINER SERVICE

| | BOOKING NO. | BILL OF LADING NO. |
|---|---|---|
| SHIPPER / EXPORTER (NAME & ADDRESS)<br>DFHU WORLD WIDE SHIPPING<br>12511 CRENSHAN BLVD.<br>HAWTHORNE CA 90250 310 676-2007 FAX<br>310 676 2070 | LAX34676 | ZIMULAX118744 |
| | EXPORT REFERENCES | |

CONSIGNEE (NAME & ADDRESS)
TAITOM NIGERIA LIMITED
15 OWODUNNI STREET PALM GROVE
LAGOS NIGERIA ATTN: TOMOGUN BANKS
TAIWO

FORWARDING AGENT F.M.C. No.

POINT AND COUNTRY OF ORIGIN (FOR MERCHANT'S REFERENCE ONLY)
HAWTHORNE CALIFORNIA

(B/L NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
NOTIFY (NAME & ADDRESS)
TAITOM NIGERIA LIMITED
15 OWODUNNI STREET PALM GROVE
LAGOS NIGERIA ATTN: TOMOGUN BANKS
TAIWO

REMARKS / EXPORT OR OTHER INSTRUCTIONS

- FOR DEFINITION SEE CLAUSE 2 OVERLEAF -

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT OF GOODS<br>LOS ANGELES | AES XTM5712379T2 DFIRU1003 AEB ITEM 320061000037644 *SERVICE<br>CONTRACT NO. X6723-CA* |
|---|---|---|
| LOADING VESSEL<br>GENOA EXPRESS   51/E | VOY. PORT OF LOADING<br>HOUSTON | |
| PORT OF DESTINATION<br>TIN CAN ISLAND | FINAL DESTINATION (IF CONTRACTED FOR) | FURTHER ROUTING (AT MERCHANTS EXPENSE, RISK AND RESPONSIBILITY) |

PARTICULARS AS FURNISHED BY SHIPPER

| MKS & NOS / CONT. NOS. | DESCRIPTION OF GOODS | WEIGHT | MEASUREMENT |
|---|---|---|---|
| 1 CNT | HI CUBB SLAC. 2002 TOYOTA<br>CAMRY VIN#4T1BE32K32U073509<br>2003 HONDA ACCORD VIN#<br>1HGCM66843A04126<br>2000 MERZ VIN#<br>4JGAB72E7YA213562<br>2 BOXES OF PERSONAL EFFECTS<br>NG CRI# . | 3402KG<br>7500LB | |

ZCBUB066796 40' SEAL#000645 & RCE 7500KG/3402KGS

**EXHIBIT "A"**

NON-NEGOTIABLE

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES OF AMERICA IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

| DETAILS | | UNIT | RATE | TOTAL | FREIGHT |
|---|---|---|---|---|---|
| FREIGHT PREPAID | FREIGHT | UNIT | 5050.00 | 5050.00 | DL |
| | B/L FEES | U | 25.00 | 25.00 | DL |
| CY/CY | U.S. INTERMODAL | UNIT | 178.00 | 178.00 | DL |
| SHIPPERS/LOAD/COUNT/STOW | INTERNATIONAL | UNIT | 16.00 | 16.00 | DL |

AD VALOREM FREIGHT

MERCHANTS DECLARED VALUE OF GOODS
If Merchant enters a value, Carrier's "package" limitation of liability shall not apply and ad valorem freight will be charged (See Clause 23)                                            $US 5269.00

IN WITNESS whereof the Master or Agent of the said vessel has signed the number of original Bills of Lading stated below. All of this tenor and date. If this Bill of Lading is consigned to order, one shall be surrendered before delivery and the others to stand void.

| FREIGHT PAYABLE AT<br>LOS ANGELES | NO. OF ORIGINAL B/L ISSUED<br>3 |
|---|---|

PLACE AND DATE OF ISSUE
LOS ANGELES, CA. 10/26/2006

ZIM CONTAINER SERVICE
As Agents for Zim Integrated Shipping Services Ltd

**NON - NEGOTIABLE**

# BILL OF LADING

ZIM INTEGRATED SHIPPING SERVICES LTD.

| | |
|---|---|
| SHIPPER / EXPORTER (NAME & ADDRESS)<br>OPHU WORLD WIDE SHIPPING<br>2511 CRENSHAW BLVD.<br>HAWTHORNE CA 90250 USA 310 676 2007<br>FAX 310 676 2070 | BOOKING NO. LAX34975    B/L OF LADING ZIMULAX118959<br>EXPORT REFERENCES |
| CONSIGNEE (NAME & ADDRESS)<br>CRISP INTERNATIONAL LTD<br>9 DURBAR HOTEL ROAD AMUWO-ODOFIN<br>APAPA LAGOS NIGERIA ATTN: PATRICK<br>OKONKWO 01-3454384 | FORWARDING AGENT F.M.C. No.<br><br>PORT AND COUNTRY OF ORIGIN (FOR MERCHANT'S REFERENCE ONLY)<br>HAWTHORNE CALIFORNIA |
| (B/L NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)<br>NOTIFY (NAME & ADDRESS)<br>CRISP INTERNATIONAL LTD<br>9 DURBAR HOTEL ROAD AMUWO-ODOFIN<br>APAPA LAGOS NIGERIA ATTN: PATRICK<br>OKONKWO 01-3454384 | REMARKS : EXPORT OR OTHER INSTRUCTIONS |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT OF GOODS LOS ANGELES | AES 330571237972 OPHU1006 AES ITN 32006101303041) *SERVICE CONTRACT NO. 26T23-CA* |
|---|---|---|
| LOADING VESSEL VOY BARCELONA EXPRESS 46/E | PORT OF LOADING HOUSTON | |
| PORT OF DESTINATION TIN CAN ISLAND | FINAL DESTINATION | FURTHER ROUTING |

PARTICULARS AS FURNISHED BY SHIPPER

| MKS & NOS / CONT. NOS | DESCRIPTION OF GOODS | WEIGHT | MEASUREMENT |
|---|---|---|---|
| 1 CNT | HI CUBE SLAC USED AUTOMOBILES<br>1998 MAZDA<br>VIN#JM3LV522XW0838241<br>1999 TOYOTA CAMRY<br>VIN#JT2BG28K9X0284267<br>1998 MITSIBUSHI MONTERO<br>VIN#JA4LS31P6WP033373<br>10 BOXES OF PERSONAL EFFECTS<br>NG CRI# | 6532KG<br>14400LB | |

EXHIBIT "β"

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES OF AMERICA IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

| DETAILS | | RATE | TOTAL | |
|---|---|---|---|---|
| FREIGHT PREPAID | FREIGHT | UNIT 5050.00 | 5050.00 | DL |
| | B/L FEES | U 25.00 | 25.00 | DL |
| Y/CY | RAIL CHARGE | UNIT 200.00 | 200.00 | DL |
| SHIPPERS/LOAD/COUNT/STOW | U.S.INTERMODAL | UNIT 178.00 | 178.00 | DL |
| | FREIGHT | UNIT 200.00 | 200.00 | DL |
| | INTERNATIONAL | UNIT 16.00 | 16.00 | DL |

$US 5669.00

FREIGHT PAYABLE AT LOS ANGELES    No. OF ORIGINALS ISSUED 3

PLACE AND DATE OF ISSUE LOS ANGELES, CA  11/08/2006

ZIM CONTAINER SERVICE
As Agents for Zim Integrated Shipping Services Ltd.

NON NEGOTIABLE



# BILL OF LADING

ZIM INTEGRATED SHIPPING SERVICES LTD

ZIM CONTAINER SERVICE

| | |
|---|---|
| SHIPPER/EXPORTER (NAME & ADDRESS)<br>DFHU WORLD WIDE SHIPPING<br>12511 CRENSHAW BLVD.<br>HAWTHORNE CA 90250 310 676 2007 A FAX<br>310 676 2070 | BOOKING NO. LAX35308   BILL OF LADING NO. ZIMULAX119006 |
| | EXPORT REFERENCES |
| CONSIGNEE (NAME & ADDRESS)<br>MS QUEEN DILLON<br>NO 33 ADETOKUMBO ADEMOLA CRESCENT<br>WASE 11 ABUJA NIGERIA AFRICA ATTN:<br>01-803453-3059 | FORWARDING AGENT F.M.C. No |
| | PORT AND COUNTRY OF ORIGIN (FOR MERCHANT'S REFERENCE ONLY)<br>HAWTHORNE CALIFORNIA |
| B/L NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER.<br>NOTIFY (NAME & ADDRESS)<br>MS QUEEN DILLON<br>NO 33 ADETOKUMBO ADEMOLA CRESCENT<br>WASE 11 ABUJA NIGERIA AFRICA ATTN:<br>01-803453-3059 | REMARKS / EXPORT OR OTHER INSTRUCTIONS |

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT OF GOODS<br>LOS ANGELES | AES XTN571237972 DFHU1009 AES ITN X20061021022768 *SERVICE CONTRACT NO  26723 CA* |
|---|---|---|
| LOADING VESSEL<br>MADRID EXPRESS 46/E | PORT OF LOADING<br>HOUSTON, TX | |
| PORT OF DESTINATION<br>TIN CAN ISLAND, NIGERIA | FINAL DESTINATION (IF CONTRACTED FOR) | FURTHER ROUTING (AT MERCHANT'S EXPENSE, RISK AND RESPONSIBILITY) |

## PARTICULARS AS FURNISHED BY SHIPPER

| MKS & NOS / CONT. NOS | DESCRIPTION OF GOODS | GROSS KG | MEASUREMENT |
|---|---|---|---|
| 1 CNT | 1 CUBE SLAC: USED AUTOMIBLES<br>2000 JAGUAR 4DR<br>VIN#SAJDA01C6YFL63484<br>2000 TOYT TUNDRA<br>VIN#5TBRT3416YS106828<br>2005 NISS MURANO<br>VIN#JN8AZ08T85W301844<br>NG CRI# . | 6985KG<br>15400LB | |
| CSUB391581 40' EENLH217403 3 PCS 15400LB KFRDRS | | | |

NON-NEGOTIABLE   EXHIBIT "C"

THESE COMMODITIES TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES OF AMERICA IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

| DETAILS | | RATE | UNIT | TOTAL | FREIGHT | |
|---|---|---|---|---|---|---|
| FREIGHT PREPAID | FREIGHT | UNIT | 5050.00 | 5050.00 | DL |
| | B/L FEES | U | 25.00 | 25.00 | DL |
| CY/CY | RAIL CHARGE | UNIT | 200.00 | 200.00 | DL |
| SHIPPERS/LOAD/COUNT/STOW | U.S.INTERMODAL | UNIT | 178.00 | 178.00 | DL |
| | FREIGHT | UNIT | 200.00 | 200.00 | DL |
| | INTERNATIONAL | UNIT | 16.00 | 16.00 | DL |

MERCHANT'S DECLARED VALUE OF GOODS:
If Merchant enters a value, Carriers "package" limitation of liability shall not apply and ad valorem freight will be charged (See Clause 23)

$US 5669.00

FREIGHT PAYABLE AT  LOS ANGELES    No. OF ORIGINAL B/L ISSUED  3

PLACE AND DATE OF ISSUE
LOS ANGELES, CA  11/14/2006

ZIM CONTAINER SERVICE
As Agents for Zim Integrated Shipping Services Ltd

NON NEGOTIABLE

# BILL OF LADING

ZIM INTEGRATED SHIPPING SERVICES LTD.

ZIM CONTAINER SERVICE

| SHIPPER / EXPORTER (NAME & ADDRESS) | BOOKING NO. | BILL OF LADING NO. |
|---|---|---|
| DFHU WORLD WIDE SHIPPING<br>12511 CRENSHAW BLVD.<br>HAWTHORNE CA 90250 310 676 2007 A FAX<br>310 676 2070 | LAX35181 | ZIMULAX119009 |

CONSIGNEE (NAME & ADDRESS)

HON:OFOR CHUKWU EGBO & EMEKA EGBO
711 D CLOSE HOUSE 15
FESTAC LAGOS NIGERIA ATTN: ALSO GODWIN
AJAYI 01-08033423965

FORWARDING AGENT F.M.C. No.

POINT AND COUNTRY OF ORIGIN (FOR MERCHANT'S REFERENCE ONLY)

HAWTHORNE CALIFORNIA

(IF NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)
NOTIFY (NAME & ADDRESS)

HON:OFOR CHUKWU EGBO & EMEKA EGBO
711 D CLOSE HOUSE 15
FESTAC LAGOS NIGERIA ATTN: ALSO GODWIN
AJAYI 01-08033423965

REMARKS / EXPORT OR OTHER INSTRUCTIONS

AES XTM711237973 DFHU1004 AES ITN X200610222001777 *SERVICE
CONTRACT NO. SE723-CA*

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT OF GOODS (IN CONTRACTED FOR) |
|---|---|
| | LOS ANGELES |
| LOADING VESSEL / VOY. | PORT OF LOADING |
| MADRID EXPRESS 46/E | HOUSTON TX |
| PORT OF DESTINATION | FINAL DESTINATION (IF CONTRACTED FOR) |
| TIN CAN ISLAND, NIGERIA | |

PARTICULARS AS FURNISHED BY SHIPPER

| MRKS & NOS / CONT. NOS | DESCRIPTION OF GOODS | WEIGHT | MEASUREMENT |
|---|---|---|---|
| 1 CNT | HI CUBE SLAC: USED AUTOMOBILES<br>2002 MERZ ML320<br>VIN#4JGAB54E62A371769<br>2003 INFINITE FX35<br>VIN#INRAS08W13X204678<br>2000 LEXUS EX300<br>VIN#JT8BF28G9Y0246785<br>2 BOXES OF PERSONAL EFFECTS<br>NG CRI# | 6532KG<br>14400LB | |

NON-NEGOTIABLE

EXHIBIT "J"

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES OF AMERICA IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

| DETAILS | | RATE | TOTAL | |
|---|---|---|---|---|
| FREIGHT PREPAID | FREIGHT | UNIT 5050.00 | 5050.00 | DL |
| | B/L FEES | U 25.00 | 25.00 | DL |
| CY/CY | RAIL CHARGE | UNIT 200.00 | 200.00 | DL |
| SHIPPERS/LOAD/COUNT/STOW | U.S.INTERMODAL | UNIT 178.00 | 178.00 | DL |
| | FREIGHT | UNIT 200.00 | 200.00 | DL |
| | INTERNATIONAL FREIGHT | UNIT 16.00 | 16.00 | DL |

$US 5669.00

MERCHANT'S DECLARED VALUE OF GOODS:
If Merchant enters a value, Carrier's "package" limitation of liability shall not apply and ad valorem freight will be charged (See Clause 23)

FREIGHT PAYABLE AT
LOS ANGELES

NO. OF ORIGINAL B/L ISSUED
3

PLACE AND DATE OF ISSUE
LOS ANGELES, CA 11/14/2006

ZIM CONTAINER SERVICE
As Agents for Zim Integrated Shipping Services Ltd.

NON NEGOTIABLE

# BILL OF LADING

ZIM INTEGRATED SHIPPING SERVICES LTD.    ZIM CONTAINER SERVICE

| | |
|---|---|
| **SHIPPER - EXPORTER (NAME & ADDRESS)** | **BOOKING NO.** LAX35834  **BILL OF LADING NO.** ZIMULAX119506 |
| DFHV WORLD WIDE SHIPPING<br>12511 CRENSHAW BLVD.<br>HAWTHORNE CA 90250 310 676-2007 A FAX<br>310 676 2070 | **EXPORT REFERENCES** |
| **CONSIGNEE (NAME & ADDRESS)** | **FORWARDING AGENT F.M.C. No.** |
| CONCORD CAPITAL HOLDING<br>NO 7 ITIAM STREET, UYO<br>AKWA, IBOM STATE NIGERIA ATTN DR<br>GABRIEL UMOH | **POINT AND COUNTRY OF ORIGIN (FOR MERCHANT'S REFERENCE ONLY)**<br>HAWTHORNE CALIFORNIA |
| **(B/L NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)**<br>**NOTIFY (NAME & ADDRESS)** | **REMARKS / EXPORT OR OTHER INSTRUCTIONS** |
| CONCORD CAPITAL HOLDING<br>NO 7 ITIAM STREET, UYO<br>AKWA, IBOM STATE NIGERIA ATTN DR<br>GABRIEL UMOH | |

**- FOR DEFINITION SEE CLAUSE 1 OVERLEAF -**

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT OF GOODS (IF CONTRACTED FOR) LOS ANGELES | AES XTN57123T972 DFHV3100R AES ITN X200610200415592 *SERVIC E CONTRACT NO. 28723-CA* |
|---|---|---|
| LOADING VESSEL MADRID EXPRESS 47/E | VOY | PORT OF LOADING HOUSTON TX | |
| PORT OF DESTINATION TIN CAN ISLAND NIGERIA | FINAL DESTINATION (IF CONTRACTED FOR) | FURTHER ROUTING (AT MERCHANT'S EXPENSE, RISK AND RESPONSIBILITY) |

## PARTICULARS AS FURNISHED BY SHIPPER

| MKS & NOS. / CONT. NOS. | DESCRIPTION OF GOODS | WEIGHT | MEASUREMENT |
|---|---|---|---|
| 1 CNT | HI CUBE SLAC: USED AUTOMOBILES<br>1998 CHEVY VAN<br>VIN#1GCDM19W5W3120960<br>1999 MERZ S500<br>VIN#WDBGA51G2XA431172<br>1998 TOYOTA LANCRUISER<br>VIN#JT3HJ85J4V0171992<br>05 BOXES OF PERSONAL EFFECTS<br>NG CRI# | 6532KG<br>14400LB | |

ZSUB226812 40' SEAL#ZUL468719 X PCS 14400LBS/6532KGC

**EXHIBIT "E"**

THESE COMMODITIES, TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES OF AMERICA IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS. DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

| DETAILS | | RATE | TOTAL | (FREIGHT) | |
|---|---|---|---|---|---|
| FREIGHT PREPAID | FREIGHT | UNIT | 5050.00 | 5050.00 | DL |
| | B/L FEES | U | 25.00 | 25.00 | DL |
| Y/CY | RAIL CHARGE | UNIT | 200.00 | 200.00 | DL |
| SHIPPERS/LOAD/COUNT/STOW | U.S. INTERMODAL | UNIT | 178.00 | 178.00 | DL |
| | FREIGHT | UNIT | 200.00 | 200.00 | DL |
| | INTERNATIONAL FREIGHT | UNIT | 16.00 | 16.00 | DL |

**MERCHANT'S DECLARED VALUE OF GOODS:**
If Merchant enters a value, Carrier's "package" limitation of liability shall not apply and ad valorem freight will be charged (See Clause XX)

**$US 5669.00**

IN WITNESS whereof the Master or Agent of the said vessel has signed the number of original Bills of Lading stated below. All of the tenor and date, If this Bill of Lading is consigned to order, one shall be surrendered before delivery and the others to stand void.

| FREIGHT PAYABLE AT<br>LOS ANGELES | NO. OF ORIGINAL B/L ISSUED<br>3 |
|---|---|
| PLACE AND DATE OF ISSUE<br>LOS ANGELES, CA 01/02/2007 | |

ZIM CONTAINER SERVICE
As Agents for Zim Integrated Shipping Services Ltd.

**NON - NEGOTIABLE**

# BILL OF LADING

ZIM INTEGRATED SHIPPING SERVICES LTD.

ZIM CONTAINER SERVICE

| SHIPPER / EXPORTER (NAME & ADDRESS) | | |
|---|---|---|
| DFHU WORLD WIDE SHIPPING<br>12511 CRENSHAW BLVD.<br>HAWTHORNE CA 90250 310 676 2007 FAX<br>310 676 2070 | BOOKING No.<br>LAX36810 | BILL OF LADING No.<br>ZIMULAX119862 |

| | |
|---|---|
| CONSIGNEE (NAME & ADDRESS)<br>CHIEF KAYODE,OWOLABI<br>NO: 9 SALAMI STREET MENDE<br>MARYLAND LAGOS NIGERIA PH: 805 512<br>0900 | FORWARDING AGENT F.M.C. No. |
| | POINT AND COUNTRY OF ORIGIN (FOR MERCHANT'S REFERENCE ONLY)<br>HAWTHORNE CALIFORNIA |
| (B/L NOT NEGOTIABLE UNLESS CONSIGNED TO ORDER)<br>NOTIFY (NAME & ADDRESS)<br>CHIEF KAYODE OWOLABI<br>NO: 9 SALAMI STREET MENDE<br>MARYLAND LAGOS NIGERIA PH: 805 512<br>0900 | REMARKS / EXPORT OR OTHER INSTRUCTIONS |

• FOR DEFINITION SEE CLAUSE 3 OVERLEAF •

| INITIAL CARRIAGE BY (MODE) | PLACE OF RECEIPT OF GOODS<br>IS CONTRACTED FOR:<br>LOS ANGELES, CA | AES XTN 71217972 DFHU1929 AES ITN X20070108017421 •SERVICE<br>CONTRACT NO. 26721CA• |
|---|---|---|
| LOADING VESSEL<br>ROME EXPRESS 50/E | VOY. PORT OF LOADING<br>HOUSTON, TX | |
| PORT OF DESTINATION<br>TIN CAN ISLAND, NIGERIA | FINAL DESTINATION<br>(IF CONTRACTED FOR) | FURTHER ROUTING (AT MERCHANT'S EXPENSE, RISK AND RESPONSIBILITY) |

PARTICULARS AS FURNISHED BY SHIPPER

| MKS & NOS. / CONT. NOS. | DESCRIPTION OF GOODS | WEIGHT | MEASUREMENT |
|---|---|---|---|
| 1 CNT | HI CUBE SLAC: USED AUTOMOBILES<br>2003 HONDA<br>VIN:1HGCM66303A038611<br>2000 NISSAN<br>VIN:3N1CB51DOYL336237<br>2004 NISSAN EXTERA<br>VIN:5N1ED28T24C687437<br>2000 TOYOTA<br>VIN:JT3GN86R5YOP75811<br>2 BOXES OF PERSONAL EFFECTS<br>NG CRI# | 6532KG<br>14400LB | |

SCNU0848633-4D - SEAL855648592 & PCS 14400LBS/6532KGS

THESE COMMODITIES,TECHNOLOGY OR SOFTWARE WERE EXPORTED FROM THE UNITED STATES OF AMERICA IN ACCORDANCE WITH THE EXPORT ADMINISTRATION REGULATIONS DIVERSION CONTRARY TO U.S. LAW PROHIBITED.

EXHIBIT "F"

| DETAILS | | UNIT | RATE | FREIGHT | |
|---|---|---|---|---|---|
| FREIGHT PREPAID | FREIGHT | UNIT | 5275.00 | 5275.00 | DL |
| | B/L FEES | U | 25.00 | 25.00 | DL |
| CY/CY | RAIL CHARGE | UNIT | 200.00 | 200.00 | DL |
| SHIPPERS/LOAD/COUNT/STOW | U.S. INTERMODAL | UNIT | 178.00 | 178.00 | DL |
| | FREIGHT | UNIT | 200.00 | 200.00 | DL |
| | INTERNATIONAL | UNIT | 16.00 | 16.00 | DL |

TOTAL

$US 5894.00

MERCHANT'S DECLARED VALUE OF GOODS
If Merchant enters a value, Carrier's "package" limitation of liability shall not apply and ad valorem freight will be charged (See Clause 23)

IN WITNESS whereof the Master or Agent of the said vessel has signed the number of original Bills of Lading stated below. All of this tenor and date. If this Bill of Lading is consigned to order, one shall be surrendered before delivery and the others to stand void.

| FREIGHT PAYABLE AT<br>LOS ANGELES | No. OF ORIGINAL B/L ISSUED<br>3 |
|---|---|
| PLACE AND DATE OF ISSUE<br>LOS ANGELES, CA  01/08/2007 | |

ZIM CONTAINER SERVICE
As Agents for Zim Integrated Shipping Services Ltd.

NON NEGOTIABLE