AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | MAY 27, 2007  3:34 PM |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| FREDY ESCOVAR | PROCESS SERVER LA # 6235 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: 12511 CRENSHAW BLVD HAWTHORNE CA 90250  SERVED ON EUGENE FRANKLYN - AGENT FOR PROCESS

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  MAY 28 2007
Date

Signature of Server: Fredy Escovar

Address of Server: LOS ANGELES CA

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.